No. 239. Meltzer et ux. *v.* Commissioner of Internal Revenue. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

**724**

Circuit denied. *Sidney B. Alexander* for petitioners. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *S. Dee Hanson* for respondent.